E. V. ALLEN v. STATE. (No. 12033.) Court of Criminal Appeals of Texas. Oct. 10, 1928. R. T. Brown, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful manufacture of intoxicating liquors; penalty, one year. The record is without any bills of exception or statement of facts, and presents nothing for review. Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.